[No. 30939-4-II. Division Two. February 3, 2004.]

CLALLAM COUNTY, *Respondent*, v. JERRY LEVESQUE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-2-01168-6, George L. Wood, J., and Michelle R. Aherns and Theodore Paul Hunter, JJ. Pro Tem., entered April 10, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 21578-4-III. Division Three. February 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DARREL PAGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01400-4, James M. Murphy, J., entered November 13, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21669-1-III. Division Three. February 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH FREDRICK DOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02107-8, Neal Q. Rielly, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 49703-1-I. Division One. February 9, 2004.]

JOE GREENE, *Appellant*, v. SEATTLE CITY LIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-09129-2, Sharon S. Armstrong, J., entered November 29, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Ellington, JJ.